CONNER v. INSURANCE CO.

No. 243 PC.

Case below: 41 N.C. App. 610.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 September 1979.

DAVIDSON AND JONES, INC. v. COUNTY OF NEW HANOVER

No. 251 PC.

Case below: 41 N.C. App. 661.

Petition by third party defendants for discretionary review under G.S. 7A-31 denied 10 September 1979.

DAVIS v. McREE

No. 212 PC.

No. 121 (Fall Term).

Case below: 40 N.C. App. 238.

Petition by plaintiffs for writ of certiorari to North Carolina Court of Appeals allowed 10 September 1979 for the limited consideration of the trial judge's instructions on the amount of credit, if any, the lessee is entitled on the purchase price for rental payments.

FALLS SALES CO. v. BOARD OF TRANSPORTATION

No. 291 PC.

Case below: 42 N.C. App. 257.

Petition by third party defendant for discretionary review under G.S. 7A-31 denied 25 September 1979.